AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'23 JUL 6 PM 2:42

| United States of America | ) |
|---|---|
| v. | ) |
| Lindsey Hale aka "Lindsey Mccall" | )  Case No. 3:23-mj-353 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Lindsey Hale                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code Section 841(a)(1); Distribution of a Controlled Substance
Title 21 United States Code Section 846; Conspiracy

Date: July 6, 2023

_____
Issuing officer's signature

City and state:   Fargo, North Dakota

United States Magistrate Judge Alice R Senechal
*Printed name and title*

### Return

This warrant was received on *(date)* 7-6-23, and the person was arrested on *(date)* 7-6-23
at *(city and state)* Fargo, ND

Date: 7-6-23

_____
Arresting officer's signature

SA Dylan Anthony
*Printed name and title*